Monday, August 4, 2014

No. 14–0048/AR.  U.S. v. Jason C. Wagner.  CCA 20111064.  Upon further consideration of the granted issue (73 M.J. 283–84 (C.A.A.F. 2014)), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

Misc. No. 14–8020/AF.  Jerome C. Powers, Appellant v. United States, Appellee.  CCA 38205.  On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

Misc. No. 14–8021/AF.  U.S. v. Brian C. Kates.  CCA S32018.  On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

Misc. No. 14–8022/AF.  Michael J. Roy, Appellant v. United States, Appellee.  CCA 38089.  On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

No. 14–0289/AR.  U.S. v. Jordan M. Peters.  CCA 20110057.  Appellee's motion for leave to file a supplemental joint appendix is hereby granted.

